RECEIVED
OCT 2 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
NOV 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| ANNA M. FONTENOT | CIVIL ACTION NO. 04-1982 |
| VS. | JUDGE DOHERTY |
| JO ANNE BARNHART, Commissioner<br>Social Security Administration | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and the case is **REMANDED**. Upon remand, the ALJ shall conduct an administrative hearing in which plaintiff is allowed to testify regarding the physical demands of her past work, and the ALJ shall consult a vocational expert to determine whether the limitations occasioned by Fontenot's impairments affect her ability to perform the duties of her past work as it is performed in the local and national economy.

Any judgment entered herewith will be a "final judgment" for purposes of the Equal Access to Justice Act (EAJA). See, Richard v. Sullivan, 955 F.2d 354 (5th Cir. 1992) and Shalala v. Schaefer, 509 U.S. 292 (1993).

Lafayette, Louisiana this 2/ day of November, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT